# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00702DAE-BMK |
| CASE NAME: | Catherine Chan Coelho and Dexter D. Coelho vs. Richard A. Cash, Nordbert, Cash & Associates, Ps., et al. |
| ATTYS FOR PLA: | Eric A. Seitz |
| ATTYS FOR DEFT: | James Bickerton<br>Bartlett Durand |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 3/22/2004 | TIME: | 9:16 - 9:20 |

COURT ACTION:  EP: Rule 16 Scheduling Conference

1. Jury trial on December 14, 2004 at 9:00 a.m. before DAE
2. Final Pretrial Conference on November 2, 2004 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by October 26, 2004
5. File motions to Join/Add Parties/Amend Pleadings by May 14, 2004
6. File other Non-Dispositive Motions by September 15, 2004
7. File Dispositive Motions by July 14, 2004
8a. File Motions in Limine by November 23, 2004
8b. File opposition memo to a Motion in Limine by November 30, 2004
11a. Plaintiff's Expert Witness Disclosures by June 14, 2004
11b. Defendant's Expert Witness Disclosures by July 14, 2004
12. Discovery deadline October 15, 2004
13. Settlement Conference set for  at  before October 4, 2004 @ 2:00 p.m. before BMK.
14. Settlement Conference statements by September 27, 2004.
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 30, 2004
21. File Final witness list by November 23, 2004
24. Exchange Exhibit and Demonstrative aids by November 16, 2004
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 23,

      2004
26.    File objections to the Exhibits by November 30, 2004
28a.   File Deposition Excerpt Designations by November 23, 2004
28b.   File Deposition Counter Designations and Objections by November 30, 2004
29.    File Trial Brief by November 30, 2004
30.


cc: Tammy Kimura


      Submitted by: Bernadette Biacan, Courtroom Manager